UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF REICH | ) | **NEW CASE NO.  1:04-cv-5546 DLB** |
| Plaintiff | ) | |
| | ) | ORDER ASSIGNING CASE |
| vs | ) | RE PRESIDING JUDGE |
| | ) | |
| CALVARY INVESTMENTS | ) | Old Case No.  1:04-cv-5546 AWI DLB |
| | ) | |
| Defendant | ) | |
| | ) | |

        IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge DENNIS L. BECK as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on March 17, 2006 and Defendants filed their consent on March 15, 2006,  under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

## 1:04-cv-5546-DLB

IT IS SO ORDERED.

**Dated:    October 31, 2006**                    _____/s/ Anthony W. Ishii_____
0m8i78                                                     UNITED STATES DISTRICT JUDGE