Stephen R. Cornwell, CA Bar #40737　　　　　　　　　(SPACE BELOW FOR FILING STAMP ONLY)
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 North Fruit Avenue
Fresno, CA  93711-2366
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

Attorneys for Plaintiffs JEFF REICH, individually
and doing business as THE REICH LAW FIRM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JEFF REICH, individually, and doing business as THE REICH LAW FIRM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAVALRY INVESTMENTS, LLC.,<br><br>　　　　Defendant. | CASE NO.  CIV.F-04-5546 REC DLB<br><br>**STIPULATION TO ALLOW THE FILING OF A THIRD AMENDED COMPLAINT; ORDER** |

　　　IT IS HEREBY STIPULATED by and between counsel for the parties that Plaintiffs JEFF REICH, individually and doing business as THE REICH LAW FIRM be granted leave to file a Third Amended Complaint for Damages against Defendant CAVALRY INVESTMENTS, LLC., without prejudice to the Defendant's right to challenge any claim asserted therein.

DATED: December __13__, 2006.　　　　　　　CORNWELL & SAMPLE, LLP


　　　　　　　　　　　　　　　　　　　　By:_____/s/   Stephen R. Cornwell_____
　　　　　　　　　　　　　　　　　　　　　　　Stephen R. Cornwell,
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　JEFF REICH, individually, and doing
　　　　　　　　　　　　　　　　　　　　　business as THE REICH LAW FIRM

*(Signatures continue)*

1 DATED: December  12 , 2006.                    KIMBLE, MacMICHAEL & UPTON

                                    By:     /s/     Douglas Tucker
                                            Douglas Tucker
                                            Attorneys for Defendant
                                            CAVALRY INVESTMENTS, LLC

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs JEFF REICH, individually and doing business as THE REICH LAW FIRM shall be allowed to file a Third Amended Complaint without prejudice to the Defendant's right to challenge any claim asserted therein. Defendant shall have twenty (20) days from the filing and service of the amended complaint to respond.

IT IS SO ORDERED.

   Dated:   **December 14, 2006**              **/s/ Dennis L. Beck**
3b142a                                         UNITED STATES MAGISTRATE JUDGE