```
DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500
```

Attorneys for CAVALRY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>    Defendant. | Case No. 1: 04 CV 5546 DLB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Date:         Friday, February 9, 2007<br>Time:         9:00 a.m.<br>Courtroom: 9<br>Judge:        Dennis L. Beck<br>                  U.S. Magistrate Judge |

Plaintiff Jeff Reich and defendant Cavalry Investments, LLC, stipulate to the following:

1.    The hearing on Defendant's motion to strike portions of Plaintiff's third amended complaint is currently scheduled for 9:00 a.m. on February 9, 2007, in Courtroom 9 of the above entitled Court.

2.    The parties hereby stipulate to continue the hearing on said motion to 9:00 a.m. on March 9, 2007, in Courtroom 9 of the above entitled Court.

///

///

///

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1
STIPULATION AND ORDER TO CONTINUE HEARING ON
DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT

3. The parties further stipulate that Plaintiff's deadline for filing its opposition to said motion, and Defendant's deadline for filing its reply thereto, shall be determined from the continued hearing date.

Dated: January  28 , 2007.          CORNWELL & SAMPLE

                                             By       /s/  Stephen R. Cornwell
                                                 STEPHEN R. CORNWELL
                                                 Attorney for Plaintiff,
                                                 JEFF REICH, individually, and doing
                                                 business as THE REICH LAW FIRM

Dated: January  29 , 2007.          KIMBLE, MacMICHAEL & UPTON
                                           A Professional Corporation

                                             By      /s/ Henry Y. Chiu
                                                 HENRY Y. CHIU,
                                                 Attorney for Defendant,
                                                 CAVALRY INVESTMENTS, LLC

## **ORDER**

IT IS SO ORDERED.

Dated: February 2, 2007          /s/ *Dennis L. Beck*
                                         HONORABLE DENNIS L. BECK
                                         United States Magistrate Judge
                                         Eastern District of California

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1043000.hc.stip continue strike.2

2
STIPULATION AND ORDER TO CONTINUE HEARING ON
DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT