DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for CAVALRY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM, <br><br>Plaintiff, <br><br>vs. <br><br>CAVALRY INVESTMENTS, LLC, <br><br>Defendant. | Case No. CIV. F-04-5546 REC DLB <br><br>**STIPULATION AND ORDER FOR TIME ENLARGEMENT** <br><br>**[Fed. Rules Civ. Proc. 6]** |

IT IS HEREBY RECITED, STIPULATED AND AGREED between plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Plaintiff") and defendant Cavalry Investments, LLC ("Defendant") the following:

1.  The following deadlines are currently in effect, as provided in the Scheduling Conference Order issued by the Court on November 20, 2006:

<u>Discovery Deadlines</u>
Non-Expert Discovery                May 31, 2007
Expert Discovery                    July 13, 2007

<u>Non-Dispositive Motion Deadlines</u>
Filings                             July 20, 2007
Hearings                            August 17, 2007

<u>Dispositive Motion Deadlines</u>
Filing                              July 25, 2007
Hearing                             August 24, 2007

Pre-Trial Conference                September 28, 2007; 1:30 pm, Ctrm. 9

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1
STIPULATION AND ORDER FOR TIME ENLARGEMENT

Trial                         November 6, 2007; 9:00 a.m., Ctrm. 9

2. The parties have not yet completed their discovery in the present action. Furthermore, the parties intend to engage in negotiation and other alternative dispute resolution procedures. The parties hope and believe that such negotiation and procedures will result in the informal resolution of the present action, thereby obviating the need for a court trial and conserving valuable judicial resources. In the event the present action is not amicably resolved, the continuation will allow the parties to complete their discovery and pretrial motions in an orderly fashion.

3. The parties therefore stipulate to the following time enlargement:

<u>Discovery Deadlines</u>
Non-Expert Discovery         September 28, 2007
Expert Discovery             November 10, 2007

<u>Non-Dispositive Motion Deadlines</u>
Filings                      November 17, 2007
Hearings                     December 15, 2007

<u>Dispositive Motion Deadlines</u>
Filing                       November 22, 2007
Hearing                      December 22, 2007

Pre-Trial Conference         January 25, 2008; 1:30 p.m., Ctrm. 9

Trial                        March 18, 2008; 9:00 a.m., Ctrm. 9
                             (or another date acceptable to the court)

Dated: July _5_, 2007.       KIMBLE, MacMICHAEL & UPTON
                             A Professional Corporation


                             By     /s/ Douglas Tucker
                                    DOUGLAS TUCKER
                                    Attorney for Defendant,
                                    CAVALRY INVESTMENTS, LLC.


Dated: July __3_, 2007.      CORNWELL & SAMPLE, LLP
                             A Limited Liability Partnership


                             By     /s/ Stephen R. Cornwell
                                    STEPHEN R. CORNWELL
                                    Attorney for Plaintiff,
                                    JEFF REICH, individually and doing
                                    business as THE REICH LAW FIRM

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER FOR TIME ENLARGEMENT

**ORDER**

So ordered, as stipulated.

Dated: July  17 , 2007.

                                                        /s/ Dennis L. Beck
                                                        The Honorable Dennis L. Beck
                                                        United States Magistrate Judge

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

3
STIPULATION AND ORDER FOR TIME ENLARGEMENT