DOUGLAS TUCKER #172550
ROBERT W. BRANCH # 154963
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:  (559) 435-1500

Attorneys for **Defendant**
**CAVALRY INVESTMENTS, LLC**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>         Plaintiff,<br><br>    vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>         Defendant. | Case No. 1:04-cv-5546 DLB<br><br>**ORDER PURSUANT TO STIPULATION CONTINUING PRE-TRIAL CONFERENCE**<br><br>Old:<br>Date:   January 25, 2008<br><br>New:<br>Date:   February 15, 2008<br>Time:   1:30 p.m.<br>Place:  Courtroom 9<br>Judge:  Honorable Dennis L. Beck<br>            U.S. Magistrate Judge<br><br>Trial Date:  March 18, 2008 |

Pursuant to Stipulation between the parties filed on or about January 3, 2008:

**IT IS HEREBY ORDERED** that the Pre-Trial Conference, currently scheduled for January 25, 2008, be and hereby is continued to February 15, 2008, at 1:30 p.m. in Courtroom 9 of the above-referenced Court.

Dated: 8 January 2008          /s/ *Dennis L. Beck*
                               HONORABLE DENNIS L. BECK
                               U.S. MAGISTRATE JUDGE

1043000.81.202.ORD10108.2

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1