Stephen R. Cornwell, CA Bar #40737          (SPACE BELOW FOR FILING STAMP ONLY)
**CORNWELL & SAMPLE, LLP**
Attorneys at Law
7045 North Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Plaintiff JEFF REICH, individually
and doing business as THE REICH LAW FIRM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JEFF REICH, individually, and doing business as THE REICH LAW FIRM,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY INVESTMENTS, LLC.,<br><br>Defendant. | CASE NO. CIV.F-04-5546 REC DLB<br><br>**STIPULATION RESETTING TRIAL AND PRE-TRIAL DATES; AND ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between counsel for all the parties that the Trial and Pre-Trial dates be rescheduled. The parties have engaged in discovery and conducted a Mediation. Therefore, the parties have stipulated as follows:

Discovery Cut-Off:

   New Date: June 2, 2008

Expert Witness Disclosure:

   New Date: May 15, 2008

   Expert Discovery to be Completed by: June 16, 2008

Supplemental Expert Witness Disclosure:

   New Date: May 22, 2008

Pre-Trial Conference Date:

   Old Date: February 15, 2008, 1:30 p.m., Courtroom 9

1    New Date: May 30, 2008, at 1:30 p.m., Courtroom 9

2    <u>Trial Date</u>: (Court Trial: 4 days)

3    Old Date: March 18, 2008, at 9:00 a.m., Courtroom 9 (CT – 4 days)

4    New Date: July 1, 2008, at 9:00 a.m., Courtroom 9 (CT – 4 days)

6    This stipulation may be signed in counterpart and a faxed copy may be
7    presented to the Court.

8    DATED: March 20, 2008.                    **CORNWELL & SAMPLE, LLP**

11                                             By:   s/s   Stephen R. Cornwell
12                                                   Stephen R. Cornwell
                                                     Attorney for Plaintiff
13                                               JEFF REICH, individually and
                                             doing business as THE REICH LAW FIRM

15   DATED: March 20, 2008.                    KIMBLE, MACMICHAEL & UPTON

18                                             By:   s/s   Douglas Tucker
                                                     Douglas E. Tucker
19                                                   Attorney for Defendant
                                                   CAVALRY INVESTMENTS, LLC

22                                    **ORDER**

23   IT IS SO ORDERED.

24       **Dated:   March 25, 2008**              /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE