1  Stephen R. Cornwell, CA Bar #40737         (SPACE BELOW FOR FILING STAMP ONLY)
   CORNWELL & SAMPLE, LLP
2  Attorneys at Law
   7045 North Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

5  Attorneys for Plaintiff JEFF REICH, individually
   and doing business as THE REICH LAW FIRM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| JEFF REICH, individually, and doing business as THE REICH LAW FIRM, <br><br> Plaintiff, <br><br> v. <br><br> CAVALRY INVESTMENTS, LLC., <br><br> Defendant. | CASE NO.  CIV.F-04-5546 REC DLB <br><br><br><br><br><br> **STIPULATION RESETTING TRIAL DATE; AND ORDER THEREON** |
|---|---|

IT IS HEREBY STIPULATED by and between counsel for all the parties that the Trial date be rescheduled.  The parties have engaged in discovery, conducted a Mediation, and attended a Settlement Conference before Magistrate Judge Sandra M. Snyder. The parties have continued settlement negotiations but need additional time to complete expert depositions and to conduct further settlement discussions.  Therefore, the parties have stipulated as follows:

        <u>Trial Date</u>: (Court Trial: 4 days)

              Old Date: June 30, 2008, at 9:00 a.m., Courtroom 9 (CT – 4 days)

              New Date: October 6, 2008, at 9:00 a.m., Courtroom 9 (CT – 4 days)

This stipulation may be signed in counterpart and a faxed copy may be presented to the Court.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: June 27, 2008. | CORNWELL & SAMPLE, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Stephen R. Cornwell |
|   | | Stephen R. Cornwell |
|   | | Attorney for Plaintiff |
| 5 | | JEFF REICH, individually and |
|   | | doing business as THE REICH LAW FIRM |
| 6 | | |
| 7 | | |
| 8 | DATED: June 30, 2008. | KIMBLE, MACMICHAEL & UPTON |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Douglas Tucker |
| 12 | | Douglas Tucker |
|    | | Attorney for Defendant |
|    | | CAVALRY INVESTMENTS, LLC |

**ORDER**

IT IS SO ORDERED.

**Dated: June 30, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE