DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for CAVALRY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>    Plaintiff,<br><br>vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>    Defendant. | Case No. CIV. F-04-5546 REC DLB<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL**<br><br>**[Fed. Rules Civ. Proc, Rule 6]** |

IT IS HEREBY RECITED, STIPULATED AND AGREED between plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Plaintiff") and defendant Cavalry Investments, LLC ("Defendant") the following:

1.     The following deadlines are currently in effect, as provided in the Pretrial Order issued by the Court on July 2, 2008, and in the Local Rules for the United States District Court, Eastern District of California:

| | |
|---|---|
| Witness Lists (Pretrial Order, Section VIII) | Sep. 22, 2008; 4:30 pm, Ctrm. 9 |
| Exhibit Lists (Pretrial Order, Section XIV(B)) | Sep. 22, 2008; 4:30 pm, Ctrm. 9 |
| Discovery Documents (Pretrial Order, Section XIV(C)) | Sep. 22, 2008; 4:30 pm, Ctrm. 9 |
| Trial Brief – Opening (Pretrial Order, Section XIV(A); E.D.Cal. Local Rule 16-285) | Sep. 22, 2008 |

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL

| | | |
|---|---|---|
| | Proposed Findings of Fact and Conclusions of Law (Pretrial Order, Section XIV(H)) | Sep. 22, 2008 |
| | Request to Present Evidence via Laptop (Pretrial Order, Section XIV(G)) | Sep. 29, 2008 |
| | Trial Brief – Responding (E.D.Cal. Local Rule 16-285) | Oct. 1, 2008 |
| | Trial | Oct. 6, 2008; 9:00 a.m., Ctrm. 9 |

2. The parties hereby stipulate and agree to extend the pretrial deadlines, and to continue the trial date, as follows:

| | | |
|---|---|---|
| | Witness Lists (Pretrial Order, Section VIII) | Nov. 17, 2008; 4:30 pm, Ctrm. 9 |
| | Exhibit Lists (Pretrial Order, Section XIV(B)) | Nov. 17, 2008; 4:30 pm, Ctrm. 9 |
| | Discovery Documents (Pretrial Order, Section XIV(C)) | Nov. 17, 2008; 4:30 pm, Ctrm. 9 |
| | Trial Brief – Opening (Pretrial Order, Section XIV(A); E.D.Cal. Local Rule 16-285) | Nov. 14, 2008 |
| | Proposed Findings of Fact and Conclusions of Law (Pretrial Order, Section XIV(H)) | Nov. 17, 2008 |
| | Request to Present Evidence via Laptop (Pretrial Order, Section XIV(G)) | Nov. 21, 2008 |
| | Trial Brief – Responding (E.D.Cal. Local Rule 16-285) | Nov. 25, 2008 |
| | Trial | Dec. 1, 2008; 9:00 a.m., Ctrm. 9 |

Dated: September 9, 2008.                KIMBLE, MacMICHAEL & UPTON
                                         A Professional Corporation


                                         By     */s/ Henry Y. Chiu*
                                             HENRY Y. CHIU
                                             Attorney for Defendant,
                                             CAVALRY INVESTMENTS, LLC.

///
///
///
///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1 | Dated: September 9, 2008.     CORNWELL & SAMPLE, LLP
                                  A Limited Liability Partnership

                                  By     */s/ Stephen R. Cornwell*
                                       STEPHEN R. CORNWELL
                                       Attorney for Plaintiff,
                                       JEFF REICH, individually and doing
                                       business as THE REICH LAW FIRM

## **ORDER**

So ordered, as stipulated.

Dated: September 25, 2008.

    /s/ *Dennis L. Beck*

HON. DENNIS L. BECK
United States Magistrate Judge

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1043000.91.105.stp10908.1

3

STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL