DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for CAVALRY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>Defendant. | Case No. CIV. F-04-5546 REC DLB<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br>[Fed. Rules Civ. Proc, Rule 6] |

IT IS HEREBY RECITED, STIPULATED AND AGREED between plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Plaintiff") and defendant Cavalry Investments, LLC ("Defendant") the following:

1. The following deadlines are currently in effect, as provided in the Stipulation and Order to Extend Pretrial Deadlines and Continue Trial issued by the Court on September 25, 2008, and in the Local Rules for the United States District Court, Eastern District of California:

| | |
|---|---|
| Witness Lists (Pretrial Order, Section VIII) | Nov. 17, 2008; 4:30 pm, Ctrm. 9 |
| Exhibit Lists (Pretrial Order, Section XIV(B)) | Nov. 17, 2008; 4:30 pm, Ctrm. 9 |
| Discovery Documents (Pretrial Order, Section XIV(C)) | Nov. 17, 2008; 4:30 pm, Ctrm. 9 |
| Trial Brief – Opening (Pretrial Order, Section XIV(A); E.D.Cal. Local Rule 16-285) | Nov. 14, 2008 |
| Proposed Findings of Fact and Conclusions of Law (Pretrial Order, Section XIV(H)) | Nov. 17, 2008 |

1
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES


| | |
|---|---|
| Request to Present Evidence via Laptop (Pretrial Order, Section XIV(G)) | Nov. 21, 2008 |
| Trial Brief – Responding (E.D.Cal. Local Rule 16-285) | Nov. 25, 2008 |
| Trial | Dec. 1, 2008; 9:00 a.m., Ctrm. 9 |

2. The parties hereby stipulate and agree to the following pretrial deadlines:

| | |
|---|---|
| Witness Lists (Pretrial Order, Section VIII) | Nov. 25, 2008; 4:30 pm, Ctrm. 9 |
| Exhibit Lists (Pretrial Order, Section XIV(B)) | Nov. 25, 2008; 4:30 pm, Ctrm. 9 |
| Discovery Documents (Pretrial Order, Section XIV(C)) | Nov. 25, 2008; 4:30 pm, Ctrm. 9 |
| Trial Brief – Opening (Pretrial Order, Section XIV(A); E.D.Cal. Local Rule 16-285) | Nov. 21, 2008 |
| Proposed Findings of Fact and Conclusions of Law (Pretrial Order, Section XIV(H)) | Nov. 25, 2008 |
| Request to Present Evidence via Laptop (Pretrial Order, Section XIV(G)) | Nov. 25, 2008 |
| Trial Brief – Responding (E.D.Cal. Local Rule 16-285) | Nov. 25, 2008 (unchanged) |

Each party shall serve its trial brief upon the other party either via personal delivery, e-mail or facsimile.

The parties further stipulate to vacate the pretrial conference presently set for November 21, as a final pretrial conference has already been held in this action.

Dated: November 13, 2008.      KIMBLE, MacMICHAEL & UPTON
                               A Professional Corporation


                               By      */s/ Henry Chiu*
                                       HENRY Y. CHIU
                                       Attorney for Defendant,
                                       CAVALRY INVESTMENTS, LLC.

///

///

///

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES

| | |
|---|---|
| Dated: November 13, 2008. | CORNWELL & SAMPLE, LLP<br>A Limited Liability Partnership<br><br>By    */s/ Stephen Cornwell*    <br>      STEPHEN R. CORNWELL<br>      Attorney for Plaintiff,<br>      JEFF REICH, individually and doing<br>      business as THE REICH LAW FIRM |

**ORDER**

So ordered, as stipulated.

Dated: November 15, 2008.

    /s/ *Dennis L. Beck*
HON. DENNIS L. BECK
United States Magistrate Judge

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489