MICHAEL J. JURKOVICH  148895
DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Defendant,
CAVALRY INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>Defendant. | Case No. CIV. F-04-5546 REC DLB<br><br>**STIPULATION AND ORDER RE. POST-TRIAL BRIEFING SCHEDULE** |

The following is hereby recited, stipulated and agreed between plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Reich") and defendant Cavalry Investments, LLC ("Cavalry"):

1. The parties shall meet and confer for the purpose of arriving at Stipulated Proposed Findings of Fact and Conclusions of Law. Said Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court no later than April 28, 2009.

2. Reich's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Cavalry, no later than April 28, 2009.

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1
STIPULATION AND ORDER RE. POST-TRIAL BRIEFING SCHEDULE

3. Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Reich, no later than May 28, 2009.

4. Reich's Reply to Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Cavalry, no later than June 12, 2009. Said Reply shall respond only to matters addressed in Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law. Any new matter shall be stricken.

Dated: March 6, 2009          KIMBLE, MacMICHAEL & UPTON
                              A Professional Corporation


                              By  */s/ Henry Y. Chiu*
                                  HENRY Y. CHIU
                                  Attorney for Defendant,
                                  CAVALRY INVESTMENTS, LLC

Dated: March 6, 2009          CORNWELL & SAMPLE, LLP
                              A Limited Liability Partnership


                              By  */s/ Stephen R. Cornwell*
                                  STEPHEN R. CORNWELL
                                  Attorney for Plaintiff,
                                  JEFF REICH, individually and dba
                                  THE REICH LAW FIRM

## ORDER

So ordered, as stipulated.

Dated: March 9, 2009

                              /s/ *Dennis L. Beck*
                              HON. DENNIS L. BECK
                              Magistrate Judge for the United States
                              District Court, Eastern District of California

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. BOX 9489
FRESNO, CA 93792-9489