MICHAEL J. JURKOVICH 148895
DOUGLAS TUCKER 172550
HENRY Y. CHIU 222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California 93704-2215
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Defendant,
CAVALRY INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>Defendant. | Case No. CIV. F-04-5546 REC DLB<br><br>STIPULATION AND ORDER RE. REVISED POST-TRIAL BRIEFING SCHEDULE |

The following is hereby recited, stipulated and agreed between plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Reich") and defendant Cavalry Investments, LLC ("Cavalry"):

1. The parties previously stipulated to a post-trial briefing schedule, which was subsequently ordered by the Court. The parties now stipulate to revise said briefing schedule as follows, and respectfully request a Court Order for the same.

2. The parties shall meet and confer for the purpose of arriving at Stipulated Proposed Findings of Fact and Conclusions of Law. Said Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court no later than June 1, 2009.

///

3. Reich's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Cavalry, no later than June 1, 2009.

4. Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Reich, no later than July 1, 2009.

5. Reich's Reply to Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Cavalry, no later than July 16, 2009. Said Reply shall respond only to matters addressed in Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law. Any new matter shall be stricken.

Dated: April  22 , 2009.         KIMBLE, MacMICHAEL & UPTON
                                 A Professional Corporation


                                 By      */s/ Henry Y. Chiu*
                                     HENRY Y. CHIU
                                     Attorney for Defendant,
                                     CAVALRY INVESTMENTS, LLC

Dated: April  22 , 2009.         CORNWELL & SAMPLE, LLP
                                 A Limited Liability Partnership


                                 By      */s/ Stephen R. Cornwell*
                                     STEPHEN R. CORNWELL
                                     Attorney for Plaintiff,
                                     JEFF REICH, individually and dba
                                     THE REICH LAW FIRM


## **ORDER**

So ordered, as stipulated.

Dated: April 23, 2009.


           /s/ *Dennis L. Beck*
        HON. DENNIS L. BECK
        Magistrate Judge for the United States
        District Court, Eastern District of California

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489