1  MICHAEL J. JURKOVICH  148895
   DOUGLAS TUCKER  172550
2  HENRY Y. CHIU  222927
   KIMBLE, MacMICHAEL & UPTON
3  A Professional Corporation
   5260 North Palm Avenue, Suite 221
4  Fresno, California  93704-2215
   Telephone:  (559) 435-5500
5  Facsimile:   (559) 435-1500

6  Attorneys for Defendant,
   CAVALRY INVESTMENTS, LLC
7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10                        **FRESNO DIVISION**

11                              * * *

12 | JEFF REICH, individually and doing business as THE REICH LAW FIRM, | Case No. CIV. F-04-5546 REC DLB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE. FURTHER REVISION TO POST-TRIAL BRIEFING SCHEDULE |
| vs. | |
| CAVALRY INVESTMENTS, LLC, | |
| Defendant. | |

18    The following is hereby recited, stipulated and agreed between plaintiff Jeff Reich,
19 individually and doing business as The Reich Law Firm ("Reich") and defendant Cavalry
20 Investments, LLC ("Cavalry"):

21    1.    The parties previously stipulated to a post-trial briefing schedule, which was
22          subsequently ordered by the Court. The parties now stipulate to revise said
23          briefing schedule as follows, and respectfully request a Court Order for the same.
24    2.    Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and
25          Conclusions of Law shall be filed with the Court, and served on counsel for
26          Reich, no later than July 23, 2009.
27 ///
28 ///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1
STIPULATION AND ORDER RE. FURTHER REVISION TO POST-TRIAL BRIEFING SCHEDULE

3. Reich's Reply to Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Cavalry, no later than August 7, 2009. Said Reply shall respond only to matters addressed in Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law. Any new matter shall be stricken.

Dated: July 9, 2009.

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By  */s/ Henry Y. Chiu*
HENRY Y. CHIU
Attorney for Defendant,
CAVALRY INVESTMENTS, LLC

Dated: July 9, 2009.

CORNWELL & SAMPLE, LLP
A Limited Liability Partnership

By  */s/ Stephen R. Cornwell*
STEPHEN R. CORNWELL
Attorney for Plaintiff,
JEFF REICH, individually and dba
THE REICH LAW FIRM

## ORDER

So ordered, as stipulated.

Dated: July 21, 2009.

/s/ *Dennis L. Beck*
HON. DENNIS L. BECK
Magistrate Judge for the United States
District Court, Eastern District of California

10430.00-00072643.000

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER RE. FURTHER REVISION TO POST-TRIAL BRIEFING SCHEDULE