MICHAEL J. JURKOVICH  148895
DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Defendant,
CAVALRY INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>Defendant. | Case No. CIV. F-04-5546 REC DLB<br><br>**STIPULATION AND ORDER RE. FURTHER REVISION TO POST-TRIAL BRIEFING SCHEDULE** |

The following is hereby recited, stipulated and agreed between plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Reich") and defendant Cavalry Investments, LLC ("Cavalry"):

1. The parties previously stipulated to a post-trial briefing schedule, which was subsequently ordered by the Court. The parties now stipulate to revise said briefing schedule as follows, and respectfully request a Court Order for the same.

2. Reich's Reply to Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law shall be filed with the Court, and served on counsel for Cavalry, no later than August 27, 2009. Said Reply shall respond only to matters addressed in Cavalry's Closing Brief and Non-Stipulated Proposed Findings of Fact and Conclusions of Law. Any new matter shall be stricken.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1
STIPULATION AND ORDER RE. FURTHER REVISION TO POST-TRIAL BRIEFING SCHEDULE

3. Cavalry has also filed: (i) a Motion to Strike Reich's Request to Move Exhibits 69 and/or 119 into Evidence; and (ii) a Motion to Strike a Portion of Plaintiff's Closing Brief and Plaintiff's Accompanying Appendix A. Reich's oppositions to said motions shall be filed with the Court, and served on counsel for Cavalry, no later than September 4, 2009.

Dated: August 3, 2009.

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By: */s/ Henry Y. Chiu*
HENRY Y. CHIU
Attorney for Defendant,
CAVALRY INVESTMENTS, LLC

Dated: August 3, 2009.

CORNWELL & SAMPLE, LLP
A Limited Liability Partnership

By: */s/ Stephen R. Cornwell*
STEPHEN R. CORNWELL
Attorney for Plaintiff,
JEFF REICH, individually and dba
THE REICH LAW FIRM

**ORDER**

IT IS SO ORDERED.

Dated: **August 7, 2009**

/s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER RE. FURTHER REVISION TO POST-TRIAL BRIEFING SCHEDULE