MICHAEL J. JURKOVICH  148895
DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Defendant,
CAVALRY INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>Defendant. | Case No. CIV. F-04-5546 REC DLB<br><br>NOTICE OF TENTATIVE SETTLEMENT<br><br>[E.D. Cal. Local Rule 160] |

Plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Reich") and defendant Cavalry Investments, LLC ("Cavalry") hereby inform the Court that they have tentatively settled the above action, subject to the execution of a mutually acceptable written settlement agreement, the Parties' performance thereon, and the Court's orders thereon.

Accordingly, the Parties respectfully request that the Court issue an order as follows:

1. that the hearing on Reich's Bill of Costs, set for August 13, 2010, be vacated;

2. that all other filing, appeal and cross-appeal deadlines herein be vacated;

3. that a Case Status Conference be scheduled for late August 2010, which shall be vacated if this action is dismissed pursuant to the settlement by that date; and

4. that the Court retain jurisdiction to enforce the terms of the written settlement agreement, once executed by the Parties.

LAW OFFICES
Kimble, MacMichael
& Upton
A Professional Corporation
5260 North Palm Avenue
Suite  221
P. O. Box 9489
Fresno, CA  93792-9489

1
NOTICE OF TENTATIVE SETTLEMENT

1 | Dated: July 29, 2010. | KIMBLE, MacMICHAEL & UPTON
  |                       | A Professional Corporation

By ____*/s/ Henry Y. Chiu*____
    HENRY Y. CHIU
    Attorney for Defendant,
    CAVALRY INVESTMENTS, LLC

Dated: July 29, 2010.    CORNWELL & SAMPLE, LLP
    A Limited Liability Partnership

By ____*/s/ Stephen R. Cornwell*____
    STEPHEN R. CORNWELL
    Attorney for Plaintiff,
    JEFF REICH, individually and dba
    THE REICH LAW FIRM

**ORDER**

IT IS SO ORDERED.

Dated: **August 2, 2010**      /s/ *Dennis L. Beck*
                           UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
NOTICE OF TENTATIVE SETTLEMENT