MICHAEL J. JURKOVICH  148895
DOUGLAS TUCKER  172550
HENRY Y. CHIU  222927
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm Avenue, Suite 221
Fresno, California  93704-2215
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Defendant,
CAVALRY INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

* * *

| | |
|---|---|
| JEFF REICH, individually and doing business as THE REICH LAW FIRM,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY INVESTMENTS, LLC,<br><br>Defendant. | Case No. CIV. F-04-5546 REC DLB<br><br>**STIPULATION AND ORDER TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE** |

The following is hereby recited, stipulated and agreed between plaintiff Jeff Reich, individually and doing business as The Reich Law Firm ("Reich") and defendant Cavalry Investments, LLC ("Cavalry"):

1. The Parties hereby stipulate to vacate the Judgment in a Civil Case, and the accompanying Finding of Fact and Conclusions of Law, issued by the Court herein on June 17, 2010.

2. The Parties further stipulate that the present action shall be dismissed, with prejudice, with each Party to bear its own costs and attorneys' fees.

///

///

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
STIPULATION AND ORDER TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE

1 | Dated: July 30, 2010. | KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By _____/s/ Henry Y. Chiu_____
    HENRY Y. CHIU
    Attorney for Defendant,
    CAVALRY INVESTMENTS, LLC

Dated: July 30, 2010.  CORNWELL & SAMPLE, LLP
A Limited Liability Partnership

By _____/s/ Stephen R. Cornwell_____
    STEPHEN R. CORNWELL
    Attorney for Plaintiff,
    JEFF REICH, individually and dba
    THE REICH LAW FIRM

**ORDER**

IT IS SO ORDERED.

Dated: **August 4, 2010**        /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
STIPULATION AND ORDER TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE